UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL BUI,                                    Civil No. 06-2351 (PJS/RLE)

        Plaintiff,

v.                                              ORDER ADOPTING REPORT AND
                                                RECOMMENDATION DATED
                                                JUNE 19, 2006

DAVID JON HOILAND,

        Defendant.

    Michael Bui, 8332 Blaisdell Avenue South, Bloomington, MN 55420, *pro se*.

    This matter is before the Court on plaintiff's objections to the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson dated June 19, 2006. The Magistrate Judge recommends that plaintiff's complaint be dismissed for lack of subject matter jurisdiction and that his motion for leave to proceed *in forma pauperis* be denied. Plaintiff has also filed a "motion for order to require the attorney for Chase Bank to pay the filing fee and the cost for trial."

    The Court has conducted a *de novo* review of the plaintiff's complaint, the Report and Recommendation, and plaintiff's objections, pursuant to 28 U.S.C. § 636(b)(1)(C) (2000) and D. Minn. LR 72.2(b).

Plaintiff has not submitted anything that calls into question the Magistrate Judge's conclusion that the Court lacks subject matter jurisdiction over plaintiff's claims, nor has he provided the Court with any authority supporting his motion for defendant to pay his filing fee. The Court therefore adopts the Report and Recommendation, denies plaintiff's motion regarding the filing fee, and dismisses plaintiff's complaint.

ORDER

Based on the foregoing, and all the files and records herein, the Court OVERRULES plaintiff's objections [Docket Nos. 5, 6] and ADOPTS the Report and Recommendation of the Magistrate Judge [Docket No. 3]. Accordingly, IT IS HEREBY ORDERED that:

1.	Plaintiff's complaint [Docket No. 1] is DISMISSED WITHOUT PREJUDICE;

2.	Plaintiff's motion to proceed *in forma pauperis* [Docket No. 2] is DENIED; and

3.	Plaintiff's motion for order to require the attorney for Chase Bank to pay the filing fee and the cost for trial [Docket No. 4] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 18, 2006                    s/Patrick J. Schiltz
                                        PATRICK J. SCHILTZ
                                        United States District Court Judge